**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| STEVEN C. LEE, et al., | ) |
| | ) |
| Plaintiffs, | ) Case No.: 2:16-cv-00282-GMN-CWH |
| vs. | ) |
| | ) **ORDER** |
| MARTEN TRANSPORT, LTD., et al., | ) |
| | ) |
| Defendants. | ) |
| | ) |

On March 14, 2017, Defendants Marten Transport, Ltd. and Louis M. Plascencia (collectively "Defendants") filed motions for summary judgment on Plaintiffs' claims for punitive damages. (ECF Nos. 55, 57). Both of these motions exceeded the page limits set forth in Local Rule 7-3.

On April 4, 2017, the parties filed a stipulation to allow Defendants to refile both motions in accordance with the required page limits, which the Court granted. Thereafter, Defendants filed a Motion for Leave to Refile the motions for summary judgment and attached the two revised motions as exhibits. (ECF No. 65).

In light of the parties' prior stipulation, and for good cause appearing,

**IT IS HEREBY ORDERED** that Defendants' Motion for Leave to Refile is **GRANTED**. The Defendants shall have until May 15, 2017, to refile the respective motions for summary judgment on the docket. Plaintiffs Steven C. Lee and Ardi Ly shall have 21 days from the date of refiling to respond to the motions, and Defendants shall have 14 days thereafter to file replies.

/ / /

/ / /

**IT IS FURTHER ORDERED** that Defendants' motions for summary Judgment, (ECF Nos. 55, 57), are **DENIED as moot**.

**DATED** this __9__ day of May, 2017.

_____
Gloria M. Navarro, Chief Judge
United States District Judge