| | |
|---|---|
| BRIAN H. MYERS, ESQ. | JONATHAN B. OWENS ESQ. |
| (Pro Hac Vice) | Bar No. 007118 |
| BRIAN J. HUNT, ESQ. | ALVERSON TAYLOR MORTENSEN & |
| (Pro Hac Vice) | SANDERS |
| THE HUNT LAW GROUP, LLC | 7401 West Charleston Boulevard |
| 10 South LaSalle Street, Suite 1450 | Las Vegas, Nevada 89117 |
| Chicago, Illinois 60603 | Telephone: (702) 385-7000 |
| Telephone: (312) 384-2300 | Fax: (702) 385-7000 |
| Fax: (312) 443-9391 | Email: JOwens@AlversonTaylor.com |
| Email: bmyers@hunt-lawgroup.com | |
| Email: bhunt@hunt-lawgroup.com | |

Attorneys for Defendants, Louis M. Plascencia and Marten Transport, Ltd.

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN C. LEE, Individually, and as Special Administrator for the Estate of TRINH M. DUONG, ARDI LY, Individually, and as Special Administrator for the Estate of DUONG CHI LY, also known as KEN LY, AUSTEN ANDREW LEE, BENJAMIN ALLEN LEE, NATHAN LY, a minor, and ERIN LY, a minor, by and through their parent, ARDI LY | CASE NO: 2:16-CV-282-GMN-CWH  **STIPULATION TO PROCEED WITH PRIVATE MEDIATION** |
| *Plaintiffs*, | |
| v. | |
| MARTEN TRANSPORT, LTD., a foreign corporation, LOUIS M. PLASCENCIA, and DOES I through XXX, inclusive | |
| *Defendants.* | |
| MARTEN TRANSPORT, LTD., and LOUIS M. PLASCENCIA, | |
| *Counter-Claimants,* | |
| v. | |

1

| | |
|---|---|
| ESTATE OF DUONG CHI LY, aka KEN LY | )<br>)<br>) |
| *Counter-Defendant.* | ) |

## STIPULATION TO PROCEED WITH PRIVATE MEDIATION INSTEAD OF PRE-TRIAL SETTLEMENT CONFERENCE

It is hereby stipulated and agreed, by Plaintiffs and Defendants, through their undersigned counsel, that the parties will participate in a private mediation on October 13, 2017, with the Hon. Gene T. Porter (Ret.), in Reno, Nevada, instead of the pre-trial settlement conference presently scheduled for September 27, 2017 (See Doc. No. 93). The plaintiffs further stipulate to provide the defendants with a settlement demand by August 14, 2017. Based on the foregoing stipulation, the parties respectfully request that this Honorable Court strike the September 27, 2017 pre-trial settlement conference date, and request the entry of a date for a status hearing following the completion of the October 13, 2017 mediation for the parties to report on the results of the mediation.

RESPECTFULLY SUBMITTED this 31st Day of July, 2017.

| THE HUNT LAW GROUP, LLC | ALVERSON TAYLOR MORTENSEN & SANDERS |
|---|---|
| /s/ Brian H. Myers | /s/ Jonathan Owens |
| Brian J. Hunt (6208397)<br>Brian H. Myers (6305867)<br>Attorneys for Defendants<br>10 South LaSalle Street, Suite 1450<br>Chicago, Illinois 60603<br>312-284-2300 (phone)<br>312-443-9391 (fax)<br>bhunt@hunt-lawgroup.com<br>bmyers@hunt-lawgroup.com | Jonathan Owens<br>Nevada Bar No. 007118<br>Attorneys for Defendants<br>7401 West Charleston Boulevard<br>Las Vegas, Nevada 89117<br>Telephone: (702) 384-7000<br>Fax: (702) 385-7000<br>Email: jowens@alversontaylor.com |

| | |
|---|---|
| LAW OFFICES OF BRADLEY PAUL ELLEY | LAW OFFICES OF WILLIAM E. WEISS |
| /s/Bradley Paul Elley (with consent) | /s/William E. Weiss (with consent) |
| BRADLEY PAUL ELLEY, ESQ.<br>Nevada Bar No. 658<br>Attorney for Plaintiffs<br>120 Country Club Drive, Suite 5<br>Incline Village, Nevada 89451<br>Phone: (775) 831-8800<br>Email: bpelleylaw@sbcglobal.net | WILLIAM E. WEISS, ESQ.<br>*Pro Hac Vice*<br>Attorney for Plaintiffs<br>140 Geary Street, 7th Floor<br>San Francisco, California 94108<br>Phone: (415) 362-6765<br>Email: william.weiss@gmail.com |

## **ORDER**

Upon stipulation by counsel for the parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation to Proceed with Private Mediation [94] is Granted. The pre-trial settlement conference date of September 27, 2017 is hereby vacated. The parties must file a joint status report regarding the results of the mediation by 10/20/2017.

DATED August 1, 2017

_____
UNITED STATES
MAGISTRATE JUDGE