# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEVEN C. LEE, et al., | ) |
| Plaintiffs, | ) Case No. 2:16-cv-00282-GMN-CWH |
| vs. | ) **ORDER** |
| MARTEN TRANSPORT, LTD., et al., | ) |
| Defendants. | ) |

This matter is before the court on the parties' failure to comply with the court's order (ECF No. 105), which required them to file a stipulation to dismiss or a joint status report by December 8, 2017. To date, the parties have not filed a stipulated dismissal or a joint status report. The parties must file a stipulation to dismiss or a joint status report by January 15, 2018. Failure to comply with this order will result in the issuance of an order to show cause.

IT IS SO ORDERED.

DATED: December 18, 2017

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**